**Opinion issued August 28, 2018**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-18-00299-CV

_____

## IN RE VERONICA MICHELLE TURNER-PROVOST, Relator

---

### Original Proceeding on Petition for Writ of Habeas Corpus

---

### MEMORANDUM OPINION

Relator, Veronica Michelle Turner-Provost, has filed a petition for writ of habeas corpus challenging a contempt order entered by the district court for violating the court's possession and access order.[1] We deny the petition.

---

[1] The underlying case is *In the Interest of K.P., A Child*, cause number 2013-53529, pending in the 309th District Court of Harris County, Texas, the Honorable Sheri Y. Dean presiding.

**PER CURIAM**

Panel consists of Justices Higley, Brown, and Caughey.